UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
TAMARA WAREKA p/k/a TAMARA WILLIAMS,

                Plaintiff,                                  JUDGMENT
      v.                                                     21-CV-2422 (MKB) (LB)

DRYLUXE LLC and DOES 1 THROUGH 10
INCLUSIVE,

                Defendants.
----------------------------------------------------------------X

       An Order of Honorable Margo K. Brodie, United States District Judge, having been filed on July 14, 2022, adopting the Report and Recommendation of Magistrate Judge Lois Bloom, dated April 7, 2022, granting Plaintiff's motion for default judgment against Dryluxe; dismissing the claims against Does 1 through 10 without prejudice; awarding Plaintiff a total of $12,927.60, consisting of $9,000.00 in statutory damages under the Copyright Act, $3,485.60 in attorney's fees, and $442.00 in costs; awarding Plaintiff post-judgment interest at the statutory rate from the date judgment is entered until the date Dryluxe satisfies the judgment; issuing a permanent injunction prohibiting Dryluxe from using the Photographs; and dismissing the claims against Does 1 through 10 without prejudice; it is

       ORDERED and ADJUDGED that Plaintiff's motion for default judgment against Dryluxe is granted; that the claims against Does 1 through 10 are dismissed without prejudice; that plaintiff is awarded a total amount of $$12,927.60 plus post-judgment interest at the statutory rate from the date judgment is entered until the date Dryluxe satisfies the judgment; that the claims against Does 1 through 10 are dismissed without prejudice; and that a permanent injunction prohibiting Dryluxe from using the Photographs is hereby issued as follows:

       This Court prohibits Dryluxe, and its respective agents, servants, employees, and representatives and all persons in active concert and participation with them permanently from:

engaging or continuing to engage in the infringing acts or practices described in the Complaint and the R&R, including using without permission any copyright or other intellectual property right of Plaintiff; acting to infringe Plaintiff's federally-registered photographs, specifically identified as the Juliana Herz Photograph, Registration No. VA 2-197-148; Keltie Straith Photograph, Registration No. VA 2-130-596; Audreyana Michelle Photograph, Registration No. VA 2-130-596; Bridget Satterlee Photograph, Registration No. VA 2-130-596; Jasmine Hollins Photograph, Registration No. VA 2-116-918; and Christina Nadin Photograph, Registration No. VA 2-116-920; or acting in any other manner to derogate Plaintiff's intellectual property rights.

| | |
|---|---|
| Dated: Brooklyn, New York<br>July 15, 2022 | Brenna B. Mahoney<br>Clerk of Court |
| | By:  /s/Jalitza Poveda<br>        Deputy Clerk |